UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
JACQUELIN SOTO

                Plaintiff,

-against-

UNITED STATES POSTAL SERVICE,

                Defendants.
--------------------------------X

O R D E R

CV-06-3711 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★   AUG 4 2006   ★
P.M. _____

    An initial conference will be held in the above captioned case on November 8, 2006 at 2:30 P.M., before the Honorable Joan M. Azrack, United States Magistrate Judge, in **Room 1210S** at 225 Cadman Plaza East, Brooklyn, New York. In the event the complaint is answered before the above date and you would prefer a conference sooner, of if this case becomes eligible for Arbitration, please contact Magistrate Azrack's chambers at **718-613-2530**. All counsel must be present.

    <u>**Plaintiff's counsel is requested to confirm that all necessary participants are aware of this conference**</u>. No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.

    SO ORDERED.

Dated: Brooklyn, New York
       August 2, 2006

/S/ Hon. Joan M. Azrack

_____
JOAN M. AZRACK
UNITED STATES MAGISTRATE JUDGE