UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X          O R D E R
JACQUELIN SOTO

               Plaintiff,          CV-06-3711 (CBA)

-against-                                  FILED
                                        IN CLERK'S OFFICE
UNITED STATES POSTAL SERVICE,          U.S. DISTRICT COURT E.D.N.Y.
                                           ★  AUG 4 2006  ★
              Defendants.
--------------------------------X           P.M. _____
                                            TIME A.M.

    An initial conference will be held in the above captioned case on November 8, 2006 at 2:30 P.M., before the Honorable Joan M. Azrack, United States Magistrate Judge, in **Room 1210S** at 225 Cadman Plaza East, Brooklyn, New York. In the event the complaint is answered before the above date and you would prefer a conference sooner, of if this case becomes eligible for Arbitration, please contact Magistrate Azrack's chambers at **718-613-2530**. All counsel must be present.

    **Plaintiff's counsel is requested to confirm that all necessary participants are aware of this conference**. No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.

    SO ORDERED.

Dated: Brooklyn, New York             /S/ Hon. Joan M. Azrack
       August 2, 2006
                                      _____
                                      JOAN M. AZRACK
                                      UNITED STATES MAGISTRATE JUDGE